Springsted
v.
Jayne.

SPRINGSTED *against* JAYNE, impleaded with JAYNE.

THIS cause was tried at the Orange circuit in the summer of 1823, and a verdict given for the plaintiff. The defendant made a case for the purpose of moving for a new trial, which was noticed for argument at this term, by the attorney for the plaintiff. In the last autumn, the plaintiff died intestate, and no administration of his estate having yet been granted,

*H. G. Wisner*, for the defendant, moved for a rule that all further proceedings on the part of the plaintiff be stayed till an administrator should be appointed.

*T. J. Oakley*, contra, said that this would be of no use to the defendant, nor did the death of the plaintiff vary the situation of the parties. Should judgment be for the plaintiff, it would relate to, and be entered up as of the term next after the verdict was rendered. In the eye of the law, the plaintiff's death worked no change whatever in the cause. Every thing, even the attorney, remained the same; and all should be treated as if Springsted was still alive, until the question as to the new trial should be granted;

And of this opinion was the Court; and they denied the motion.

Motion denied.

*The court will not order proceedings to stay till administration granted, where the plaintiff dies intermediate the verdict and judgment, though the defendant have made a case for a new trial. In such case, the cause proceeds the same as if the plaintiff had lived. His death works no change in its course. If judgment is rendered for him, it relates to the term next after the trial.*